Kevin D. Smith (State Bar No. 113633)
ksmith@wshblaw.com
Anne K. McIntyre (State Bar No. 166289)
amcintyre@wshblaw.com
**WOOD, SMITH, HENNING & BERMAN LLP**
505 North Brand Boulevard, Suite 1100
Glendale, California 91203
Phone: 818 551-6000 ♦ Fax 818 551-6050

Attorneys for Defendant/Cross-Complainant, XTRA LEASE LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| M.D.J.F, a minor, by and through his guardian ad litem Idalia Monroy; JESSIE CHRISTINE FLAMENCO, an individual,<br><br>      Plaintiffs,<br><br>v.<br><br>JIM FRUITT TRUCKING, INC., an Oregon Corporation; XTRA LEASE LLC, a Limited Liability Company; ESTATE OF JOHNNY DALE HANNAH; and DOES 1-100,<br><br>      Defendants.<br><br>XTRA LEASE LLC, a Limited Liability Company,<br><br>      Cross-Complainant,<br><br>v.<br><br>ROES 1 – 50,<br><br>      Cross-Defendants. | CASE NO.: CV14-2964-DMG (ASx)<br><br>Superior Court Case No. BC514163<br><br>**DECLARATION OF ANDREW L. KRUEGER, ESQ., IN SUPPORT OF REMOVAL TO FEDERAL COURT** |

I, Andrew L. Krueger, Esq., hereby declare and state as follows:

   1.   I am the Vice President and General Counsel of XTRA Lease LLC ("XTRA"), a party in the above-entitled action. I am over 18 years of age. I know

LEGAL:10351-0002/3266860.1                                                                                 Case No.

DECLARATION OF
IN SUPPORT OF REMOVAL TO FEDERAL COURT

the following facts to be true of my own knowledge, and if called to testify, I could competently do so.

2. I make this declaration in support of XTRA'S Notice of Removal of the above-referenced action from the Superior Court of the State of California, County of Los Angeles to the United States District Court for the Central District of California – Western Division, pursuant to 28 U.S.C. §§ 1332 and 1441 (based upon diversity of citizenship jurisdiction).

3. At Paragraph 9 of the Complaint entitled M██████ D█ J████ F█████████, et al. v. JIM FRUITT TRUCKING, INC, et al., Superior Court Case No. BC514163, plaintiffs contend that the principal place of business of XTRA is Commerce, CA. That contention is incorrect.

4. XTRA is now, and was at the time of the filing of this action, a citizen of a State other than California within the meaning of 28 U.S.C. § 1332(c)(1), because it is a business entity organized under the laws of the State of Delaware, with its principal place of business located in St. Louis, MO.

5. While XTRA has various branches all over the United States, including in Commerce, CA, where lessees such as co-defendant, JIM FRUITT TRUCKING, INC., rent or lease XTRA'S leased trailers, the principal place of business of XTRA is out of its headquarters, located at 7911 Forsyth Boulevard, Suite 600, St. Louis, MO 63105.

6. Almost all corporate managers and officers, as well as in-house legal counsel, conduct the business of XTRA from its principal place of business in St. Louis, MO. All major decisions regarding company business are conducted out of the St. Louis, MO headquarters. This includes, but is not limited to, instituting company-wide policies and procedures, entering into long term lease agreements, implementing company-wide employee training and development, making major employment decisions, maintaining online databases for employees, implementing the Standard Terms and Conditions for lease and rental agreements, maintaining

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
505 NORTH BRAND BOULEVARD, SUITE 1100
GLENDALE, CALIFORNIA 91203
TELEPHONE 818 551-6000 ♦ FAX 818 551-6050

Certificates of Title for equipment, and negotiating and entering real estate agreements.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 11th day of April, 2014 at St. Louis, Missouri.

_____
Andrew L. Krueger

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
505 NORTH BRAND BOULEVARD, SUITE 1100
GLENDALE, CALIFORNIA 91203
TELEPHONE 818 551-6000 ♦ FAX 818 551-6050

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 505 North Brand Boulevard, Suite 1100, Glendale, CA 91203.

On April 10, 2014, I served the following document(s) described as **DECLARATION OF ANDREW L. KRUEGER, ESQ., IN SUPPORT OF REMOVAL TO FEDERAL COURT** on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

**BY MAIL:** I placed true copies of the foregoing document(s) enclosed in sealed envelopes addressed as shown on the Service List. I am "readily familiar" with Wood, Smith, Henning & Berman's practice for collecting and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Glendale, California, on that same day following ordinary business practices.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 10, 2014, at Glendale, California.



Sandra Eklund

LEGAL:10351-0002/3266860.1

-1-

Case No.

DECLARATION OF
IN SUPPORT OF REMOVAL TO FEDERAL COURT

## SERVICE LIST
M█████ D█ J███ F█████ v. Jim Fruitt Trucking, Inc., et al.
BC514163

| | |
|---|---|
| James P. Frantz, Esq.<br>Philip C. Aman, Esq.<br>William P. Harris, III, Esq.<br>Frantz Law Group, APLC<br>402 West Broadway, Suite 860<br>San Diego, CA 92101<br>Tel: (619) 233-5945/Fax: (619) 525-7672<br>jpf@frantzlawgroup.com<br>pca@frantzlawgroup.com<br>wharris@frantzlawgroup.com<br>**Attorneys for Plaintiffs, M█████ D█ J███ F█████**, a minor, by and through his guardian ad litem Idalia Monroy; and JESSIE CHRISTINE FLAMENCO | Tracy W. Goldberg, Esq.<br>Wait & Colfer<br>250 West First Street, Suite 222<br>Claremont, CA 91711<br>Tel: (909) 621-5672/Fax: (909) 399-0645<br>tgoldberg@wait-colfer.com<br>**Attorneys for Defendant, JIM FRUITT TRUCKING, INC.** |
| Dan Clifford, Esq.<br>Clifford & Brown<br>1430 Truxtun Ave<br>Bakersfield, CA 93301<br>Tel: (661) 322-6023 /Fax: (661) 322-3508<br>dclifford@clifford-brownlaw.com<br>**Co-Counsel for Defendant, XTRA LEASE LLC** | |